DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CODY McCARROLL,

Appellant,

v.

CONSTRUCTION INDUSTRY LICENSING BOARD,

Appellee.

No. 2D2026-0715

————————————————

June 24, 2026

Appeal from the Department of Business and Professional Regulation.

Cody McCarroll, Lakeland, pro se.

James Uthmeier, Attorney General, and Allison E. Bunker and Timothy Frizzell, Assistant Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.  *See* Fla. R. App. P. 9.315(a).

LAMBERT, BRIAN D., EDWARDS, JAMES A., and SOUD, ADRIAN G., Associate Judges, Concur.

————————————————

Opinion subject to revision prior to official publication.